| | | | |
|---|---|---|---|
| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Agent: | Joshua Maxwell | Telephone: (313) 204-5065 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
J Refugio OLVERA FELIX, a/k/a
Jose Refugio OLVERA FELIX, a/k/a
Refugio OLVERA FELIX

Case No.

Case: 2:25–mj–30446
Assigned To : Unassigned
Assign. Date : 7/14/2025
Description: CMP USA V. OLVERA FELIX (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 12, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Joshua Maxwell, CBP Enforcement Officer
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __July 14, 2025__

City and state: __Detroit, MI__

_____
Judge's signature

Kimberly Altman, U.S Magistrate Judge
Printed name and title

# AFFIDAVIT

The affiant being duly deposed and sworn states:

1. I, Joshua R. Maxwell, am an Enforcement Officer with the Department of Homeland Security, Customs and Border Protection, and have been employed with the same for over twenty-five years. During my career as a law enforcement officer, I have been involved in various investigations and arrests concerning the reentry of illegal aliens and I have received training in this area. This affidavit is submitted in support of a finding of probable cause and is a summary of information known to law enforcement personnel, other civilian witnesses, and my personal knowledge. I have also reviewed material from the official Immigration file and system automated data relating to J Refugio OLVERA FELIX. I have not included every fact known to law enforcement related to this investigation.

2. OLVERA FELIX is a fifty-four-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

3. OLVERA FELIX's first entry into the United States without inspection was January 17, 1992, according to his asylum application which he filed on September 5, 1995. Thereafter, he failed to show for his interview with the asylum officer on March 29, 1996, and his

1

asylum application was terminated. OLVERA FELIX was issued a notice to show cause and notice of hearing (now a notice to appear) for entering the United States without inspection.

4. On June 27, 1996, OLVERA FELIX was ordered removed in absentia by an Immigration Judge in Miami, Florida. OLVERA FELIX departed on his own accord on an unknown date.

5. On or about April 1, 2011, OLVERA FELIX was apprehended by the United States Border Patrol (USBP) at or near Sanderson, Texas for entering the United States without inspection in violation of Section 212(a)(6)(A)(i) of the Immigration and Nationality Act (INA). OLVERA FELIX was granted a voluntary return and returned to Mexico on the same day.

6. On or about January 27, 2012, OLVERA FELIX was apprehended by the USBP at or near Arivaca, Arizona, for entering the United States without inspection in violation of Sections 212(a)(6)(A)(i) and 212(a)(7)(A)(i)(I) of the INA. OLVERA FELIX was served with an expedited order of removal, via Form I-860. OLVERA FELIX was physically removed from the United States to Mexico on February 2, 2012.

7. On or about February 18, 2014, OLVERA FELIX was apprehended by the USBP at or near Sanderson, Texas, for entering the United States without inspection in violation of Sections 212(a)(6)(A)(i) and 212(a)(9)(A)(i) of the INA. OLIVERA FELIX's previous order of removal was reinstated via Form I-871.

8. On or about February 21, 2014, OLVERA FELIX was convicted in the United States District Court for the Western District of Texas, for Unlawful Entry, in violation of 8 USC §1325(a)(1). OLVERA FELIX was sentenced to 30 days' confinement. OLVERA FELIX was physically removed from the United States to Mexico on March 19, 2014.

9. On or about May 12, 2018, OLVERA FELIX was arrested by the Huron Township Police Department, Michigan, for a traffic offense. Immigration and Customs Enforcement (ICE) in Detroit issued an I-247 detainer on OLVERA FELIX.

10. On May 14, 2018, OLVERA FELIX was released to ICE in Detroit and his prior order of removal was reinstated via form I-871 for being in violation of Section 212(a)(9)(A)(ii) of the INA. OLVERA FELIX was physically removed to Mexico on May 25, 2018.

11. On July 13, 2025, at approximately 1:30 pm, at the Detroit Fort Street Cargo Facility, Detroit, Michigan, Customs and Border Protection Officers (CBPO), encountered OLVERA FELIX, after he got lost while attempting to go the Mexican Village restaurant, near the Fort Street Cargo Facility. Initially, OLVERA FELIX did not stop when the CBP vehicle activated lights and sirens, but eventually CBP officers were able to stop the vehicle. OLVERA FELIX presented a Mexican passport for identification and was unable to produce any documentation showing that he had status in the United States. His prior order of removal was reinstated.

12. The aforementioned apprehension and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in

3

sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

13. OLVERA FELIX's fingerprints and photograph were captured and entered into the IDENT and IAFIS systems. The results revealed that OLVERA FELIX, is a citizen of Mexico who has previously been removed from the United States. The record checks reveal that no record exists of OLVERA FELIX obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal from the United States on or about May 25, 2018.

14. Therefore, based upon the aforementioned facts, I have probable cause to believe that on or about July 12, 2025, in the Eastern District of Michigan, J Refugio OLVERA FELIX, an alien, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about May 25, 2018, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, to re-apply for admission, in violation of Title 8 United States Code, Section 1326(a).

Joshua R. Maxwell, Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Kimberly Altman
United States Magistrate Judge

Date:   July 14, 2025